

Invoice # 225
Date: 11/03/2014
Due On: 12/03/2014

**Draper & Draper LLC**
325 Paseo de Peralta
Santa Fe, NM 87501
United States
Phone: (505) 570-4590
Email: john.draper@draperllc.com

UNIFOODS S.A. de C.V.
Poniente 122 No 459 y 497 Col. Industrial Vallejo
Delegacion Azcapotzalco
Distrito Federal 02300
Mexico

## Statement of Account

| Outstanding Balance | | New Charges | | **Total Balance** |
|---|---|---|---|---|
| $0.00 | + | $5,000.00 | = | **$5,000.00** |

## Flat fee for enforcement of arbitral award in the ongoing proceedings in the Eastern District of New York.

| Date | Timekeeper | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 11/03/2014 | MED | Flat rate | $5,000.00 | 1.00 | $5,000.00 |
| | | **Hours Subtotal** | **1.0** | | |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Matthew Draper | 1.0 | $5,000.00 | $5,000.00 |
| **Quantity Total** | **1.0** | | |
| | | Subtotal | **$5,000.00** |
| | | Total | **$5,000.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 225 | 12/03/2014 | $5,000.00 | $0.00 | $5,000.00 |
| | | | **Outstanding Balance** | **$5,000.00** |
| | | | **Total Amount Outstanding** | **$5,000.00** |

Please make all amounts payable to: Draper & Draper LLC

Please pay within 30 days. 12.0% simple annual interest will be charged every 30 days.